CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-CR-00330-HSG |
| Plaintiff, | |
| v. | **SUPPLEMENT TO AND CORROBORATION OF GOVERNMENT'S PROFFER IN SUPPORT OF DETENTION** |
| CLARENCE ESTEEN, | |
| Defendant. | |

The government provides the following list of Bates numbers, descriptions, and timestamps, corresponding to video clips filed on a disc to supplement and corroborate its proffer in support detention:

Bates 00577: This video clip shows the defendant enter a McDonalds, grab the cashier by the collar of her shirt and force her to the cash register.

Bates 00581: This video clip shows the defendant enter a Papa John's, jump over the counter, chase an employee down the hall where he later reported to police the defendant punched him in the face, before the defendant returned with the employee to the front and caused him to open the cash

1  register.

2  Bates: 00571, 00573: These video clips of corroborate the government's proffer that the
3  defendant entered a Mexican restaurant, jumped over the counter, grabbed a male employee and
4  punched him in the face, causing him to open the cash register.

5  Bates 134: Beginning at approximately 14:20 – 15:00, the video shows the defendant striking
6  two victims during the commission of the robbery

7  The government certifies that it provided a copy of these videos to the defense in its discovery
8  production.

10  Dated: October 24, 2025                                     Respectfully Submitted,

11                                                              CRAIG H. MISSAKIAN
                                                                United States Attorney
12
13                                                                    /s/
                                                                ZACHARY M. GLIMCHER
14                                                              Special Assistant United States Attorney